IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00556-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONICA Y. GUARDADO,

        Defendant.

_____

**ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT
TO THE FIRST JUDICIAL DISTRICT PROBATION DEPARTMENT**
_____

        THIS MATTER is before the Court upon request by the Probation Department in the First Judicial District, State of Colorado, for permission to review the Presentence Investigation Report prepared in this case. On further review, the Court

        ORDERS the Presentence Investigation Report may be disclosed and viewed by the sentencing judge, the District Attorney, the Probation Office, and the attorney for the defendant, and

        FURTHER ORDERS that the Presentence Investigation Report shall not be copied or in any way disclosed beyond the scope of this Order.

        DATED at Denver, Colorado, this 16th day of May, 2008.

        BY THE COURT:

        s/ Robert E. Blackburn
        ROBERT E. BLACKBURN
        United States District Judge